UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 6:12-CR-67-DCR-HAI-01

UNITED STATES OF AMERICA                                              PLAINTIFF

V.              SUPPLEMENTAL SENTENCING MEMORANDUM

ERIC LANCE WHITSON                                                   DEFENDANT

\* \* \* \* \*

On February 26, 2013, Eric Lance Whitson (Defendant) pleaded guilty to one count of production of child pornography, a violation of 18 U.S.C. § 2251(a), and one count of possession of child pornography, a violation of 18 U.S.C. § 2252(a)(4)(B). Based upon application of the Sentencing Guidelines as described at Paragraphs 21 through 33 of the Pre-Sentence Report (PSR), Defendant's Guidelines range would be 135 to 168 months based upon a base offense level of 33 and a criminal history category of I. *See* PSR, Paragraph 92. However, 18 U.S.C. § 2251(a) expressly requires a mandatory minimum sentence of 15 years of upon conviction. Despite the fact that he has no criminal history, the nature of the offenses at issue renders Defendant ineligible for relief under the so-called safety valve provision outlined at U.S.S.G. § 5C1.2. As a result, Defendant's applicable Guidelines range becomes 180 months pursuant to U.S.S.G. § 5G1.2(b). *Id*. Further, Defendant notes that his plea agreement includes a provision

indicating that the government will recommend that he be sentenced to a period of incarceration of 180 months. *Id*. at Paragraph 4.

On June 7, 2013, Defendant filed a sentencing memorandum with attached letters of support from the victim, the victim's father, and other members of the Somerset, Kentucky community. *See* [R. 28: Sentencing Memorandum]. Many of the letters discussed Defendant's efforts to assist others in his hometown. More specifically, Defendant has volunteered to perform accounting work for Somerset High School, conducted public relations for Lake Cumberland youth football, organized community theater productions, and volunteered to assist with Somerset High School football broadcasts. In addition, Defendant worked for the Pulaski County Parks Department for more than 12 years until he was detained in the present case. Of particular note, the victim of the 18 U.S.C. § 2251(a) offense and his father expressed that they thought a sentence requiring incarceration was unnecessary and counterproductive. [R. 28-1: Affidavit of Jonathon Perdue]; [R. 28-2: Affidavit of Christopher Perdue]. Both suggested that counseling would be a more appropriate remedy given Defendant's background and the nature of the offense. *Id*. In fact, the victim's father also indicated that he thought imprisonment would provide no benefit to society and would be unfair given the circumstances. [R. 28-2: Affidavit of Christopher Perdue].

Defendant accepts responsibility for his actions and understands that he must be punished. At the same time, Defendant asks that the Court take the statements of the

victim and his father into account when determining an appropriate sentence in this matter.  While he wishes that the Court had the authority to impose a sentence of less than 180 months, Defendant understands that the statute at issue calls for the specified mandatory minimum period of incarceration.  Taking into account the recommendations of the government, the victim, and the victim's father as well as Defendant's reputation as a productive member of the Somerset community, Defendant respectfully requests that the Court impose a sentence of no more than 180 months of incarceration.  Defendant wants nothing more than an opportunity to demonstrate to the Court that he is a productive member of society, and he assures the Court that he will do whatever possible to do so after he is released from custody.

     For the foregoing reasons, Defendant asks that the Court impose a sentence of 180 months of imprisonment.  Defendant also requests that the Court recommend that he be incarcerated at a facility as near as possible to Somerset in order to permit his family to visit him regularly.

                                        Respectfully submitted,

                                        /s/ *R. Michael Murphy*
                                        R. MICHAEL MURPHY
                                        LAW OFFICE OF R. MICHAEL MURPHY, PLLC
                                        709 MILLPOND ROAD
                                        LEXINGTON, KENTUCKY  40514
                                        TELEPHONE:  (859) 333-8422
                                        FACSIMILE:  (859) 422-5955
                                        E-MAIL:       murphylawoffice@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2013, I electronically filed the foregoing Supplemental Sentencing Memorandum with the Clerk of the Court by using the CM/ECF system, and that the system will send a notice of such electronic filing to all other counsel of record.

/s/ *R. Michael Murphy*
R. MICHAEL MURPHY
ATTORNEY AT LAW